# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 AUG 23 PM 3: 17

U.S.A. vs. Derrin Wiseman                                   Docket No. 2:03CR20074-02

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## Petition on Probation and Supervised Release

**COMES NOW** Lorin J. Smith, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of  Derrin Wiseman , who was placed on supervision by the Honorable Jon P. McCalla, United States District Judge, sitting in the Court at Memphis, Tennessee on the 6th day of October, 2003 who fixed the period of supervision at two (2) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall pay restitution in the amount of $4,715.93 ( Balance $4,465.93)

2. The defendant shall participate in a program as approved by the United States Probation Office, which may include inpatient therapy for treatment of narcotic addiction or drug dependency, and which will include testing to determine if you have reverted tot he use of drugs.  You shall also abstain from the use of drugs during and after the course of treatment**

   **On February 17, 2002, Mr. Wiseman's special conditions was amended to include drug testing/treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Wiseman has failed to complete his financial obligation to the court. He has been sporadically employed over the term of his supervision making it difficult for him to pay the restitution as well as pay living expenses for him and his daughter.

**PRAYING THAT THE COURT WILL ORDER** that Mr. Wiseman's Probation terminate as scheduled on October 5, 2005 with the understanding that the United States Attorney's Office/Financial Litigation Unit will pursue collection of the restitution.

**ORDER OF COURT**

Considered and ordered this 23 day of Aug, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-24-05

Respectfully,

_____
Lorin J. Smith
U.S. Probation Officer

Place: Memphis, Tennessee

Date: August 10, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:03-CR-20074 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT